IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

MICHAEL MULLINS,

    Plaintiff,

vs.                   Case No. 10-1089-SAC

MICHAEL ASTRUE,
Commissioner of Social
Security Administration,

    Defendant.

**MINUTE ORDER**

BY THE DIRECTION OF THE HONORABLE SAM A. CROW, U.S. DISTRICT SENIOR JUDGE:

    The Court adopts in full the Report and Recommendation filed 3/30/10 (Dk. 5), thus plaintiff's motion to proceed in forma pauperis (Doc. 4) is denied.

    Dated this 22nd day of April, 2010, at Topeka, Kansas.

                            TIMOTHY M. O'BRIEN, CLERK

                            By s/ Brenda M. Wessel
                                Deputy Clerk